**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

DEANGELO C. JOHNSON,

           Plaintiff,

   -v-

DISCOVER BANK

           Defendant.

Civil Action No.:

**DEFENDANT'S NOTICE OF REMOVAL**

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Capital One, N.A. successor by merger to Discover Bank ("Discover"), by counsel, hereby removes this civil action, pending in the General District Court for Henrico County, Virginia, Case No. GV25022456-00 (the "State Court Action"), to the United States District Court for the Eastern District of Virginia. Removal is proper because this Court has subject matter jurisdiction over the action under federal question jurisdiction. *See* 28 U.S.C. § 1331. Accordingly, Discover removes this action to this Court, and in support thereof, states the following:

**I. BACKGROUND**

1.      Plaintiff commenced the State Court Action against Discover by filing a Warrant in Debt ("Complaint") in the General District Court for Henrico County, Virginia, Case No. GV25022456-00, on or about September 9, 2025. A copy of the Complaint is attached hereto as **Exhibit A**.

2.	On or about September 24, 2025, Discover received a copy of the Complaint via service on its registered agent, Corporation Services Company. *See id.* at 1.

3.	This Notice of Removal is being filed within thirty days of Discover's receipt of the Complaint. This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

4.	The above-captioned action is a suit for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA").

## II. FEDERAL QUESTION JURISDICTION

5.	This Court has original jurisdiction over Plaintiff's FCRA claims pursuant to 28 U.S.C. § 1331, which states that federal question jurisdiction is appropriately exercised over "all civil actions arising under the Constitution, laws, or treaties of the United States."

6.	Removal of this action is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7.	In his Complaint,, Plaintiff alleges Discover "violat[ed] FCRA 15 USC 1681." *See* **Ex. A** at 2.

8.	Plaintiff requests $22,000 in damages due to Discover's alleged violations of the FCRA. *See id.*

9.	Federal question jurisdiction exists over this action because the allegations asserted by Plaintiff in the Complaint involve questions that will require resolution of significant, disputed issues arising under federal law. This case qualifies for federal question jurisdiction and is removable because Plaintiff's Complaint alleges claims under, and requires a ruling on, the FCRA.

2

10. Pursuant to 28 U.S.C. § 1441(b), removal is proper irrespective of the citizenship or residence of the parties.

### III. VENUE

11. Venue is proper in this Court because this district and division encompass the General District Court for Henrico County, Virginia, the forum from which the case has been removed. *See* 28 U.S.C. § 1441.

### IV. NOTICE

12. Concurrent with the filing of this Notice, Discover will file a Notice of Filing of Notice of Removal with the Clerk of the General District Court for Henrico County, Virginia, a copy of which is attached hereto as **Exhibit B**.

13. Upon information and belief, the contents of **Exhibit A** and **Exhibit B** constitute the entire file of the action pending in the state court as required pursuant to 28 U.S.C. §1446(a).

WHEREFORE, Discover hereby removes this action to this Court.

Respectfully submitted,

Dated: October 23, 2025

*/s/ Joshua D. Howell*
Joshua D. Howell (VSB No. 83993)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1337
Email: joshua.howell@troutman.com

*Defendant Capital One, N.A.*
*successor by merger to Discover Bank*

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October 2025, I filed the foregoing document with the Clerk of the Court via the Court's CM/ECF system and sent a copy of the same via FedEx Overnight Mail to the following parties.

Deangelo C. Johnson
123 Emberwood Ct.
Richmond, VA 23223
*Plaintiff Pro Se*


*/s/ Joshua D. Howell*
Joshua D. Howell