# EXHIBIT A



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 32332210**
**Date Processed: 09/24/2025**

| | |
|---|---|
| **Primary Contact:** | Michael Mendola<br>Discover Financial Services, Inc.<br>2500 Lake Cook Rd<br>Riverwoods, IL 60015-3851 |
| **Entity:** | Discover Bank<br>Entity ID Number  4790241 |
| **Entity Served:** | Discover Bank |
| **Title of Action:** | Deangelo C Johnson vs. Discover Bank |
| **Matter Name/ID:** | Deangelo C Johnson vs. Discover Bank (17935072) |
| **Document(s) Type:** | Warrant in Debt |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Henrico County General District Court, VA |
| **Case/Reference No:** | Not Shown |
| **Jurisdiction Served:** | Virginia |
| **Date Served on CSC:** | 09/24/2025 |
| **Answer or Appearance Due:** | 10/24/2025 |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Deangelo C Johnson<br>804-306-3605 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**WARRANT IN DEBT** (CIVIL CLAIM FOR MONEY)
Commonwealth of Virginia   VA. CODE § 16.1-79

Henrico ............................................. General District Court
CITY OR COUNTY

4309 East Parham Road
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summons the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on 10-24-25 @ 10:30 ........ to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

9-9-25
DATE ISSUED    [ ] CLERK  [✓] DEPUTY CLERK  [ ] MAGISTRATE

CLAIM: Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of
$ 22,000.00 ........ net of any credits, with interest at ........ % from date of ........ until paid,
$ 66.56 ........ costs and $ ........ attorney's fees with the basis of this claim being
[ ] Open Account  [ ] Contract  [ ] Note  [X] Other (EXPLAIN)
Violations of the FCRA 15 USC 1681

HOMESTEAD EXEMPTION WAIVED? [✓] YES [ ] NO [ ] cannot be demanded
9/09/2020
DATE    [X] PLAINTIFF  [ ] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

**CASE DISPOSITION**
JUDGMENT against [ ] named Defendant(s) [ ] ........................................
for $ ........ net of any credits, with interest at ........ % from date
of ........ until paid; $ ........ costs and $ ........ attorney's fees
[ ] and $ ........ costs for Servicemember Civil Relief Act counsel fees
HOMESTEAD EXEMPTION WAIVED? [ ] YES [ ] NO [ ] CAN NOT BE DEMANDED
[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ........................................

[ ] NON-SUIT  [ ] DISMISSED ........................................
Defendant(s) Present: [ ] NO [ ] YES ........................................

DATE    JUDGE

FORM DC-412 (FRONT) 10/22

---

CASE NO.
Johnson, Deangelo, C
PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
123 Emberwood ct
ADDRESS   Richmond, VA 23223
(804) 306-3605
dcjinfinity@icloud.com

v.

Discover Bank
DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)
RA: Corporation Service Company
ADDRESS
100 Shockoe Slip Fl 2
Richmond, VA 23219

**WARRANT IN DEBT**

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice of the reverse about requesting a change of trial location.

[ ] To dispute this claim, you must appear on the return date to try this case.
[X] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars ........ ORDERED ........ DUE
Grounds of Defense ........ ORDERED ........ DUE

ATTORNEY FOR PLAINTIFF(S)

ATTORNEY FOR DEFENDANT(S)

---

HEARING DATE AND TIME
10-24-25
10:30

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

DATE
CLERK

DISABILITY ACCOMMODATIONS for loss of hearing, vision, mobility, etc., contact the court ahead of time.

**RETURNS: Each defendant was served according to law, as indicated below, unless not found.**

| | | |
|---|---|---|
| NAME Discover Bank<br>RA: Corporation Service Company<br>ADDRESS 100 Shockoe Slip Fl 2<br>Richmond, VA 23219-4100<br><br>[ ] PERSONAL SERVICE  Tel. No. _____<br><br>Being unable to make personal service, a copy was delivered in the following manner:<br><br>[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.<br><br>_____<br><br>[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)<br><br>[ ] Served on Secretary of the Commonwealth<br><br>[ ] NOT FOUND<br><br>_____<br>SERVING OFFICER<br>_____ for _____<br>DATE | NAME _____<br><br>ADDRESS _____<br><br>[ ] PERSONAL SERVICE  Tel. No. _____<br><br>Being unable to make personal service, a copy was delivered in the following manner:<br><br>[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.<br><br>_____<br><br>[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)<br><br>[ ] Served on Secretary of the Commonwealth<br><br>[ ] NOT FOUND<br><br>_____<br>SERVING OFFICER<br>_____ for _____<br>DATE | NAME _____<br><br>ADDRESS _____<br><br>[ ] PERSONAL SERVICE  Tel. No. _____<br><br>Being unable to make personal service, a copy was delivered in the following manner:<br><br>[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.<br><br>_____<br><br>[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)<br><br>[ ] Served on Secretary of the Commonwealth<br><br>[ ] NOT FOUND<br><br>_____<br>SERVING OFFICER<br>_____ for _____<br>DATE |

**OBJECTION TO VENUE:**
To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

_____
DATE           [ ] Plaintiff
               [ ] Plaintiff's Atty.
               [ ] Plaintiff's Agent

Fi. Fa. issued on _____
Interrogatories issued on: _____
Garnishment issued on _____

FORM DC-412 REVERSE 07/04