# EXHIBIT B

**VIRGINIA:**

## IN THE GENERAL DISTRICT COURT FOR HENRICO COUNTY

|                         |     |                          |
|-------------------------|-----|--------------------------|
| **DEANGELO C. JOHNSON,** | )   |                          |
|                         | )   |                          |
| **Plaintiff,**          | )   |                          |
|                         | )   |                          |
| **v.**                  | )   | **Case No. GV25022456-00** |
|                         | )   |                          |
|                         | )   |                          |
| **DISCOVER BANK**       | )   |                          |
|                         | )   |                          |
| **Defendant.**          | )   |                          |

### NOTICE TO CLERK OF FILING OF REMOVAL TO FEDERAL COURT

PLEASE TAKE NOTICE that a Notice of Removal (a copy of which, excluding exhibits, is attached as **"Exhibit A"**) of this action from the General District Court for Henrico County, Virginia to the United States District Court for the Eastern District of Virginia, Richmond Division (the "Federal Court) was filed on this 23rd day of October, 2025 by Defendant Capital One, N.A., successor by merger to Discover Bank, by counsel, with the Clerk of the Federal Court, thereby effectuating removal of this action. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further.

Dated: October 23, 2025

Respectfully Submitted,

**CAPITAL ONE, N.A., SUCCESSOR BY MERGER TO DISCOVER BANK**

By: */s/ Joshua D. Howell*
Joshua D. Howell (VSB No. 83993)
TROUTMAN PEPPER LOCKE LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1337
Email: joshua.howell@troutman.com

*Counsel for Defendant Capital One, N.A. successor by merger to Discover Bank*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of October, 2025, I caused a copy of the foregoing Notice to the Clerk of Filing of Removal to Federal Court be served by first class U.S. Mail, postage pre-paid, on the following:

> Deangelo C. Johnson
> 123 Emberwood Ct.
> Richmond, VA 23223
> *Plaintiff Pro Se*

> */s/ Joshua D. Howell*
> Joshua D. Howell (VSB No. 83993)